UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.us**courts**.gov

IN RE:                                        Chapter 13
                                              Case No. 13-37420-RAM
Blanca Nidia Zabala

        Debtor.                           /
_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The Creditor Nationstar Mortgage LLC As Servicer For Wells Fargo Bank, N.A, As Trustee For The Structured Adjustable Rate Mortgage Loan Trust Series 2007-3 demands that copies of all papers in this litigation be served upon:

Samantha Carr
SHAPIRO, FISHMAN & GACHÉ, LLP
2424 North Federal Highway, Suite 360
Boca Raton, Florida 33431

Further, the undersigned attorneys request that copies of all papers in this litigation continue to be served upon creditor's attorneys, SHAPIRO, FISHMAN & GACHÉ, LLP at the address listed above.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 20th day of March, 2014.

Blanca Nidia Zabala, 530 West 40th Street, Miami Beach, FL 33140
Jorge L Suarez, Esq., 3735 SW 8th Street, Suite 101, Coral Gables, FL 33134
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

        /s/Samantha Carr
Samantha Carr
FL Bar # 74137
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431
Telephone: 561-542-7621
Fax: (561) 998-6707
E-mail: sacarr@logs.com

13-268611