UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                                          CASE NO. 13-37420-BKC-RAM
Blanca Nidia Zabala                                                   Chapter 13

          Debtor(s).
_____/

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT EFFECTIVE FEBRUARY 24TH, 2014, **THE LAW OFFICES OF JORGE L. SUAREZ, P.A.** has changed its name to **BANKRUPTCY LEGAL SERVICES, P.A.**

Effective April 9th, 2014 Jorge L. Suarez, Esq. is suspended by the Supreme Court of Florida for 91 days. See attached Order.

All future reference to the firm in this matter should be to: Bankruptcy Legal Services, P.A. addressed to: **Yoli A. Suarez, Esq,** All phone numbers and fax numbers have not been affected by this change.

DESIGNATED **PRIMARY EMAIL ADDRESS** FOR SERVICE AND CORRESPONDENCE IS: info@bkcylegal.com.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Change of Firm Name was electronically served via ECF to the Clerk of Bankruptcy Court, Nancy K. Neidich, Trustee; and by U.S. Mail to all of the parties on the attached service list on this 8th day of April, 2014.

                                                Respectfully Submitted,

                                                /s/  Yoli A. Suarez
                                                Yoli A. Suarez, Esq.
                                                Florida Bar No. 88847
                                                Bankruptcy Legal Services, P.A.
                                                Attorneys for Debtor(s)
                                                3735 SW 8th Street, Suite 101
                                                Coral Gables, FL 33134
                                                Ph. 305-445-2944
                                                Fax: 305-445-2304
                                                info@bkcylegal.com

## Service List

**Samantha Carr**
2424 N Federal Hwy # 360
Boca Raton, FL 33431
sacarr@logs.com

**Blanca Nidia Zabala**
530 West 40 Street
Miami Beach, FL 33140

# Supreme Court of Florida

MONDAY, MARCH 10, 2014

CASE NO.: SC14-235
Lower Tribunal No(s).: 2012-51,389 (17I)

| THE FLORIDA BAR | vs. | JORGE LUIS SUAREZ |
|---|---|---|
| Complainant(s) | | Respondent(s) |

The conditional guilty plea and consent judgment for discipline are approved and respondent is suspended from the practice of law for ninety-one days, effective thirty days from the date of this order so that respondent can close out his practice and protect the interests of existing clients. If respondent notifies this Court in writing that he is no longer practicing and does not need the thirty days to protect existing clients, this Court will enter an order making the suspension effective immediately. Respondent shall fully comply with Rule Regulating the Florida Bar 3-5.1(h). In addition, respondent shall accept no new business from the date this order is filed until he is reinstated. Respondent is further directed to comply with all other terms and conditions of the consent judgment.

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Jorge Luis Suarez in the amount of $1,250.00, for which sum let execution issue.

Not final until time expires to file motion for rehearing, and if filed, determined. The filing of a motion for rehearing shall not alter the effective date of this suspension.

POLSTON, C.J., PARIENTE, LEWIS, QUINCE, CANADY, LABARGA, and PERRY, J.J., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

dd
Served:
RANDI KLAYMAN LAZARUS                    KEVIN P. TYNAN
ADRIA E. QUINTELA