```
                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF FLORIDA
```

IN RE:                                    PROCEEDING UNDER CHAPTER 13
                                          CASE NO.: 13-37420-BKC-RAM
BLANCA NIDIA ZABALA

         DEBTOR(S)
_____/

                      NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent in Confirmed Chapter 13 Plan Payments in the amount of $ 1,334.52 .

The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan <u>including any payments that become due within the forty-five (45) day period</u>, in the form of a money order or cashier's check only. Payments must be sent to:

   P.O. Box 2099, Memphis, TN 38101-2099

If the Trustee does not receive all payments by August 11, 2014 to bring the Debtor totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Delinquency was mailed to those parties on the attached service list on June 20, 2014      .

                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              POST OFFICE BOX 279806
                              MIRAMAR, FL  33027-9806
                              TELEPHONE: (954) 443-4402
                              Fla. Bar No. 441856

                         By:   /s_____
                              NANCY K. NEIDICH, ESQUIRE

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
BLANCA NIDIA ZABALA
530 WEST 40 STREET
MIAMI BEACH, FL  33140

**Attorney for Debtor(s)**
JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134