UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:  
BLANCA NIDIA ZABALA  
SSN# XXX-XX-0044  
      Debtor.  
_____/

PROCEEDINGS UNDER CHAPTER 13  
CASE NO. 13-37420 BKC RAM

## MOTION TO MODIFY CHAPTER 13 PLAN AND TO EXTEND TRUSTEE'S NOTICE OF DELINQUENCY

COMES NOW, the Debtor and files this Motion to Modify Chapter 13 Plan and to Extend Trustee's Notice of Delinquency and state the following:

1. Debtor would like to surrender her homestead property to Creditor Nationstar.

2. Debtor would also like to modify the plan to payt her 2013 personal income taxes.

WHEREFORE, Debtor requests this Honorable Court this Motion to Modify and to Extend Trustee's Notice of Delinquency be granted.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was noticed electronically to Nancy K. Neidich, Esq, Chapter 13 Trustee; sacarr@logs.com , Attorneys for Creditor Nationstar Mortgage LLC; and by US Mail to all interested parties (see attached list) on this 20th day of October, 2014.

                            Respectfully submitted,

Yoli A. Suarez  
Bankruptcy Legal Services, P.A.  
3735 SW 8th Street Suite 101  
Coral Gables, FL 33134  
Tel: (305) 445-2944  
Info@bkcylegal.com

/s/ _____  
Yoli A. Suarez  
FL Bar No. 88847

```
Label Matrix for local noticing          ALTAIR OH XIII, LLC                      Amex
113C-1                                   C O WEINSTEIN, PINSON AND RILEY, PS       Po Box 297871
Case 13-37420-RAM                        2001 WESTERN AVENUE, STE 400              Fort Lauderdale, FL 33329-7871
Southern District of Florida             SEATTLE, WA 98121-3132
Miami
Mon Oct 20 10:28:52 EDT 2014

Aurora Bank Fsb                          (p)BANK OF AMERICA                        Cap One
10350 Park Meadows Dr St                 PO BOX 982238                             26525 N Riverwoods Blvd
Littleton, CO 80124-6800                 EL PASO TX 79998-2238                     Mettawa, IL 60045-3438


(p)CAPITAL ONE                           Capital One Bank (USA), N.A.             Chase
PO BOX 30285                             PO Box 71083                              Po Box 15298
SALT LAKE CITY UT 84130-0285             Charlotte, NC  28272-1083                 Wilmington, DE 19850-5298


Citi                                     Comenity Bank/Vctrssec                    Department Stores National Bank/Macys
Po Box 6241                              Po Box 182789                             Bankruptcy Processing
Sioux Falls, SD 57117-6241               Columbus, OH 43218-2789                   Po Box 8053
                                                                                   Mason, OH 45040-8053


Discover Bank                            Discover Fin Svcs Llc                     Gecrb/Lord & Tay
DB Servicing Corporation                 Po Box 15316                              Po Box 965015
PO Box 3025                              Wilmington, DE 19850-5316                 Orlando, FL 32896-5015
New Albany, OH  43054-3025


Hsbc Bank                                Hsbc Bank                                 Hsbc Bank
Herland One  16430 N. Scottsdale Road    Po Box 30253                              Po Box 5253
Scottsdale, AZ 85254-1518                Salt Lake City, UT 84130-0253             Carol Stream, IL 60197-5253


Internal Revenue Ser.                    Internal Revenue Service                  Internal Revenue Services
Centralized Insolcency Operation         7850 SW 6 Court                           Department of Tresury
POB 7346                                 Stop 5730                                 Philadelphia, PA 19154-0030
Philadelphia, PA 19101-7346              Fort Lauderdale, FL 33324-3210


Internal Revenue Services                Johnson & Freedman, LLC                   Lord&Taylor
P O Box 7317                             400 Northridge Road Suite 1100 m/s 27     P.O. Box 1628
Philadelphia, PA 19101-7317              Atlanta, GA 30350-3355                    Maryland Heigh, MO 63043-0628


Mcydsnb                                  Nationstar Mortgage LLC                   Nationstar Mortgage LLC
9111 Duke Blvd                           c/o Samantha Carr                         c/o Samantha Carr
Mason, OH 45040-8999                     Shapiro, Fishman & Gach, LLP              Shapiro, Fishman and Gache, LLP
                                         2424 North Federal Highway                2424 North Federal Highway
                                         Suite 360                                 Suite 360
                                         Boca Raton, Florida 33431-7701            Boca Raton, Florida 33431-7701

Nationstar Mortgage Ll                   Office of the US Trustee                  (p)PORTFOLIO RECOVERY ASSOCIATES LLC
350 Highland Dr                          51 S.W. 1st Ave.                          PO BOX 41067
Lewisville, TX 75067-4177                Suite 1204                                NORFOLK VA 23541-1067
                                         Miami, FL 33130-1614
```

| | | |
|---|---|---|
| isdsnb<br>111 Duke Blvd<br>Mason, OH 45040-8999 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA  50306-0438 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 |
| iffinance<br>800 Walnut St<br>Des Moines, IA 50309-3504 | Blanca Nidia Zabala<br>530 West 40 Street<br>Miami Beach, FL 33140-3508 | Jorge L Suarez Esq.<br>Bankruptcy Legal Services, P.A.<br>3735 SW 8 St #101<br>Coral Gables, FL 33134-3120 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Yoli A Suarez<br>Bankruptcy Legal Services, P.A.<br>3735 SW 8 St # 101<br>Coral Gables, FL 33134-3120 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | (d)Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC As Servicer For We | (u)Wells Fargo Bank, N.A, as Trustee for the | (u)Miami |

End of Label Matrix
Mailable recipients   37
Bypassed recipients    3
Total                 40