# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
**Blanca Nidia Zabala**
**SSN: XXX- XX-0044**
           Debtor      /

Case No. 13-37420-BKC-RAM
Chapter 13

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a), Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, (Motion to Modify Chapter 13)......$525.00

2. The source of the compensation paid to me was:

   ☐ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☒ Other ( paid thru the plan)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceedings. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

10/20/14
Date

/s/ Yoli A. Suarez
Yoli A. Suarez, Esq.
FL BAR No. 0844950

Bankruptcy Legal Services, P.A..
Attorney for Debtor
3735 SW 8th St., #101
Coral Gables, FL 33134
Ph. (305) 445-2944
Info @bkcylegal.com

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Amended Disclosure of Compensation of Attorney for Debtor was electronically served to the Clerk of the Bankruptcy Court ; Nancy K. Neidich, Trustee, on this 20th day of Ocotber, 2014.

Respectfully submitted,

/s/ Yoli A. Suarez
Yoli A. Suarez, Esq.
FL Bar No. 88847
info@bkcylegal.com
Bankruptcy Legal Services, P.A.
3735 S.W. 8th Street Suite 101
Coral Gables, Florida 33134
Tel: (305) 445-2944