## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ ___1st_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Blanca Nidia Zabala   JOINT DEBTOR: _____   CASE NO.: 13-37420-BKC-RAM
Last Four Digits of SS# _0044_   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ _369.95_ for months __1__ to __10__;
B. $ _705.64_ for months __11__ to __60__;
C. $ _____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4175.00   TOTAL PAID $ 1500.00
Base $3500.00, $150.00 cost, $525.00 Motion to Modify
Balance Due   $ 2675.00  payable $ 215.00 /month (Months __1__ to __10__)
              payable $ 525.00 /month (Months __11__ to __11__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____/month (Months ____ to ____)
_____   Arrears Payment $ _____/month (Months ____ to ____)
Account No: _____   Regular Payment $ _____/month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Services   Total Due $ 32125.04
   Payable   $ 144.07 /month (Months _1_ to _10_)
   Payable   $ 110.08 /month (Months _11_ to _11_)
   Payable   $ 623.97 /month (Months _12_ to _60_) Regular Payment $ 0.00

Unsecured Creditors: Pay $ 11.11 /month (Months _12_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   Nationstar Mortgage is surrendered.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Yoli A. Suarez for Debtor
Debtor                                            Joint Debtor
Date: 10/20/2014                                  Date: _____

LF-31 (rev. 01/08/10)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st Modified Chapter 13 Plan was electronically served to the Clerk of the Bankruptcy Court ; Nancy K. Neidich, Trustee, and served U.S. mail to all interested parties on attached list on this 20th day of Ocotber, 2014.

Respectfully submitted,

/s/ Yoli A. Suarez
Yoli A. Suarez, Esq.
FL Bar No. 88847
info@bkcylegal.com
Bankruptcy Legal Services, P.A.
3735 S.W. 8th Street Suite 101
Coral Gables, Florida 33134
Tel: (305) 445-2944

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-37420-RAM<br>Southern District of Florida<br>Miami<br>Mon Oct 20 10:28:52 EDT 2014 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Aurora Bank Fsb<br>10350 Park Meadows Dr St<br>Littleton, CO 80124-6800 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Gecrb/Lord & Tay<br>Po Box 965015<br>Orlando, FL 32896-5015 |
| Hsbc Bank<br>Hierland One 16430 N. Scottsdale Road<br>Scottsdale, AZ 85254-1518 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Internal Revenue Ser.<br>Centralized Insolcency Operation<br>POB 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>7850 SW 6 Court<br>Stop 5730<br>Fort Lauderdale, FL 33324-3210 | Internal Revenue Services<br>Department of Tresury<br>Philadelphia, PA 19154-0030 |
| Internal Revenue Services<br>P O Box 7317<br>Philadelphia, PA 19101-7317 | Johnson & Freedman, LLC<br>400 Northridge Road Suite 1100 m/s 27<br>Atlanta, GA 30350-3355 | Lord&Taylor<br>P.O. Box 1628<br>Maryland Heigh, MO 63043-0628 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Nationstar Mortgage LLC<br>c/o Samantha Carr<br>Shapiro, Fishman & Gach, LLP<br>2424 North Federal Highway<br>Suite 360<br>Boca Raton, Florida 33431-7701 | Nationstar Mortgage LLC<br>c/o Samantha Carr<br>Shapiro, Fishman and Gache, LLP<br>2424 North Federal Highway<br>Suite 360<br>Boca Raton, Florida 33431-7701 |
| Nationstar Mortgage Ll<br>350 Highland Dr<br>Lewisville, TX 75067-4177 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| isdsnb<br>111 Duke Blvd<br>Mason, OH 45040-8999 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA   50306-0438 | Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 |
| Wffinance<br>800 Walnut St<br>Des Moines, IA 50309-3504 | Blanca Nidia Zabala<br>530 West 40 Street<br>Miami Beach, FL 33140-3508 | Jorge L Suarez Esq.<br>Bankruptcy Legal Services, P.A.<br>3735 SW 8 St #101<br>Coral Gables, FL 33134-3120 |
| Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Yoli A Suarez<br>Bankruptcy Legal Services, P.A.<br>3735 SW 8 St # 101<br>Coral Gables, FL 33134-3120 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | (d)Bank Of America, N.A.<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Nationstar Mortgage LLC As Servicer For We | (u)Wells Fargo Bank, N.A, as Trustee for the | (u)Miami |

End of Label Matrix
Mailable recipients   37
Bypassed recipients    3
Total                 40