**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                              **CASE No. 13-37420-BKC-RAM**
**Blanca Nidia Zabala**                             **CHAPTER 13**
**SSN:XXX-XX-0044**
            **Debtor (s)**
_____/

## CERTIFICATE OF SERVICE OF MOTION TO MODIFY AND MOTION TO EXTEND TIME TO TRUSTEE'S NOTICE OF DELINQUENCY AND NOTICE OF HEARING

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court; Nancy K. Neidich, Trustee;  and to all  interested parties on this 21st day of October, 2014.


                                    Respectfully submitted,

                                    /s/ Yoli A. Suarez
                                    Yoli A. Suarez, Esq.
                                    FL Bar No. 88847

                                    Bankruptcy Legal Services, P.A.
                                    Attorney for Debtor (s)
                                    3735 SW 8th St., #101
                                    Coral Gables, FL 33134
                                    Ph. (305) 445-2944
                                    Fax (305) 445-2304
                                    info@bkcylegal.com

Label Matrix for local noticing
113C-1
Case 13-37420-RAM
Southern District of Florida
Miami
Tue Oct 21 12:50:34 EDT 2014

ALTAIR OH XIII, LLC
C O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Aurora Bank Fsb
10350 Park Meadows Dr St
Littleton, CO 80124-6800

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap One
26525 N Riverwoods Blvd
Mettawa, IL 60045-3438

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/Vctrssec
Po Box 182789
Columbus, OH 43218-2789

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Gecrb/Lord & Tay
Po Box 965015
Orlando, FL 32896-5015

Hsbc Bank
Herland One  16430 N. Scottsdale Road
Scottsdale, AZ 85254-1518

Hsbc Bank
Po Box 30253
Salt Lake City, UT 84130-0253

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

Internal Revenue Ser.
Centralized Insolcency Operation
POB 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6 Court
Stop 5730
Fort Lauderdale, FL 33324-3210

Internal Revenue Services
Department of Tresury
Philadelphia, PA 19154-0030

Internal Revenue Services
P O Box 7317
Philadelphia, PA 19101-7317

Johnson & Freedman, LLC
400 Northridge Road Suite 1100 m/s 27
Atlanta, GA 30350-3355

Lord&Taylor
P.O. Box 1628
Maryland Heigh, MO 63043-0628

Icydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Nationstar Mortgage LLC
c/o Samantha Carr
Shapiro, Fishman & Gach, LLP
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431-7701

Nationstar Mortgage LLC
c/o Samantha Carr
Shapiro, Fishman and Gache, LLP
2424 North Federal Highway
Suite 360
Boca Raton, Florida 33431-7701

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067-4177

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Msdsnb
1111 Duke Blvd
Mason, OH 45040-8999

Wells Fargo Bank NA
PO Box 10438
Des Moines IA    50306-0438

Wff Cards
3201 N 4th Ave
Sioux Falls, SD 57104-0700


Wffinance
800 Walnut St
Des Moines, IA 50309-3504

Blanca Nidia Zabala
530 West 40 Street
Miami Beach, FL 33140-3508

Jorge L Suarez Esq.
Bankruptcy Legal Services, P.A.
3735 SW 8 St #101
Coral Gables, FL 33134-3120


Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

Yoli A Suarez
Bankruptcy Legal Services, P.A.
3735 SW 8 St # 101
Coral Gables, FL 33134-3120


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Po Box 982235
El Paso, TX 79998

(d)Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Cap One
Po Box 85520
Richmond, VA 23285


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Nationstar Mortgage LLC As Servicer For We

(u)Wells Fargo Bank, N.A, as Trustee for the

(u)Miami


End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40